AO 440 (Rev. 05/00) Summons in a Civil Action

65100-1120 - Lit-4740

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually, but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc.,

V.

JOLIET PLUMBING AND HEATING, INC.,

07CV6886
JUDGE ANDERSEN
MAG. JUDGE KEYS

TO: (Name and address of Defendant)

JOLIET PLUMBINB AND HEATING, INC.
c/o Its Registered Agent, Robert S. Krockey
3100 Theodore Street
Joliet, Illinois 60435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Lewis, Overbeck & Furman, LLP
20 North Clark Street, Suite 3200
Chicago, Illinois 60602-5093

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC - 6 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 10'th, 2007 |
| NAME OF SERVER *(PRINT)* Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to Attorney Robert S. Krockey, as the R/A for the defendant, Joliet Plumbing and Heating, Inc. Service was effected at 3100 Theodore St., in Joliet, Ill., at 4:40 p.m., on Dec. 10th.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 10th, 2007   *Philip P. Ducar*
           Date                    Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.