

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not individually, but as )
Trustee of PLUMBERS' PENSION FUND, )
LOCAL 130, U.A., etc., )
)
V. ) No. 07 C 6886
)
JOLIET PLUMBING & HEATING, INC., )
)

**NOTICE OF FILING**

FILED
DEC 26 2007
DEC 26 2007 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:  Douglas A. Lindsay
     John W. Loseman
     Lisa M. Simioni
     Lewis, Overbeck & Furman, P.C.
     20 N. Clark Street, Suite 3200
     Chicago, Illinois 60602-5093

**PLEASE TAKE NOTICE** that we have caused to be filed with the United States District Court, Northern District, Eastern Division, Illinois, this **19th** day of **December, 2007**, the following document:

**APPEARANCE.**

Dated: December 19, 2007.

                                KROCKEY, CERNUGEL, COWGILL,
                                & CLARK, LTD.

                                By: _____
                                Robert S. Krockey - 01532316
                                Krockey, Cernugel, Cowgill & Clark, Ltd.
                                3100 Theodore St., Ste. 101
                                Joliet, Illinois 60435
                                (815) 729-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to whom notice is directed by enclosing the same in an envelope addressed to such parties at their address of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Joliet, Illinois on the 19th day of December, 2007.

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                  Case Number: 07 C 6886

JAMES T. SULLIVAN, not individually, but as Trustee
of PLUMBERS' PENSION FUND, LOCAL 130, U.A.,
etc.
V.
JOLIET PLUMBING & HEATING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, JOLIET PLUMBING & HEATING, INC.

**FILED**

DEC 2 6 2007 *PH*

~~MICHAEL W. DOBBINS~~
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Robert S. Krockey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert S. Krockey | |
| FIRM<br>Krockey, Cernugel, Cowgill & Clark, Ltd. | |
| STREET ADDRESS<br>3100 Theodore Street, Suite 101 | |
| CITY/STATE/ZIP<br>Joliet, Illinois 60435 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>No. 01532316 | TELEPHONE NUMBER<br>815/729-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |