LIT4740

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc. | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6886 |
| | ) | |
| v. | ) | Judge |
| | ) | Wayne R. Anderson |
| | ) | |
| JOLIET PLUMBING AND HEATING, INC., | ) | Magistrate Judge |
| | ) | Arlander Keys |
| Defendant. | ) | |

NOTICE OF DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff files this Notice of Dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

James T. Sullivan, not individually but as a Trustee of Plumbers' Pension Fund, Local 130, U.A., etc., by his attorneys, John W. Loseman, Douglas A. Lindsay, Lisa M. Simioni, and Brian T. Bedinghaus,

By:   /s Brian T. Bedinghaus
Brian T. Bedinghaus
20 N. Clark Street, Suite 3200
Chicago, IL  60602-5093
312.580.1269

Lewis Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, Illinois 60602
(312)580-1200
65100/1120BTB138209

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) on the following person(s):

Mr. Robert S. Krockey
Krockey, Cernugel, Cowgill, Clark, and Pyles
3100 Theodore St.
Suite 101
Joliet, IL 60435

through the CM/ECF system of the United States District Court for the Northern District of Illinois as a result of electronic filing made this 25th day of July, 2008.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                /s Brian T. Bedinghaus
                                                BRIAN T. BEDINGHAUS